

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACK HAUGHT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>MOTOROLA MOBILITY, INC., a Delaware corporation,<br><br>*Defendant.* | Case No. 12-cv-02515<br><br>Honorable Virginia M. Kendall |

## [~~PROPOSED~~] ORDER

This matter coming before the Court on the Parties' Joint Motion to Stay Proceedings Pending Settlement Negotiations, due and adequate notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Parties' joint motion is hereby granted; and

2. This matter, including the current case schedule and all discovery obligations of the Parties, is hereby stayed through and including the date sixty (60) days from the entry of this Order.

IT IS SO ORDERED.

ENTERED: 1-2-13

_____
HONORABLE VIRGINIA M. KENDALL
UNITED STATES DISTRICT JUDGE

1