# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACK HAUGHT, individually and on behalf of all others similarly situated, | : |
| Plaintiff, | : Case No. 12-cv-02515 |
| | : Honorable Virginia M. Kendall |
| v. | : Magistrate Young B. Kim |
| MOTOROLA MOBILITY, INC., a Delaware corporation, | : |
| Defendant. | : |

## AGREED MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Third-Party Subpoena Recipient T-Mobile USA, Inc. ("T-Mobile"), through its undersigned counsel, hereby moves for entry of the proposed agreed confidentiality order and order to produce, attached as Exhibit A. In support of this Motion, T-Mobile states as follows:

1. This case concerns Plaintiff's claims for violations of the Illinois Consumer Fraud and Deceptive Business Practices Act, Fraud by Omission and Restitution/Unjust Enrichment against Motorola Mobility, Inc., arising out of Motorola's CLIQ XT mobile handset device.

2. Plaintiff served T-Mobile with a subpoena on or around March 26, 2013, seeking, among other information, the names and contact information of T-Mobile customers who purchased CLIQ XT phones.

3. T-Mobile and Plaintiff subsequently agreed to narrow the scope of the subpoena to request only the names, phone numbers, email addresses (if any) and mailing addresses (if any) of T-Mobile customers who bought CLIQ XT phones from T-Mobile's stores, website, or customer service phone line. Before producing this material, T-Mobile asks the Court to enter an order compelling the production of this information and an appropriate protective order to ensure its customers' information is properly safeguarded.

-2-

4. Specifically, the requested customer information contains personal identifying information of T-Mobile customers. Such information may be restricted by federal and state laws, as well as FCC Orders, governing the privacy and use of customer information.

5. Accordingly, T-Mobile respectfully requests that this Court enter the attached protective order restricting the disclosure and use of customer information produced by T-Mobile, including restricting Parties' use of this information to their counsel.

6. Plaintiff and Defendant agree to the relief requested in this Motion.

7. T-Mobile and the Parties previously raised T-Mobile's request for a protective order before Magistrate Kim. Magistrate Kim stated that T-Mobile's production should be treated as Attorney's Eyes Only until further order from the Court. But because the order referring the matter to him was solely for settlement purposes, Magistrate Kim directed the Parties to file a motion seeking entry of a protective order with this Honorable Court. The Parties have done so with this Motion.

WHEREFORE, T-Mobile respectfully requests that this Court enter the attached agreed confidentiality order and order to produce.

Dated: July 10, 2013

/s/ Lawrence H. Heftman

Lawrence H. Heftman
Email: lheftman@schiffhardin.com
Charles H.R. Peters
Email: cpeters@schiffhardin.com
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (fax)

*Attorneys for T-Mobile USA, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 10, 2013 with the Clerk of Court using CM/ECF, which will send notification to the registered attorney(s) of record that the documents have been filed and are available for viewing and downloading.

/s/ Lawrence H. Heftman