IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JACK HAUGHT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MOTOROLA MOBILITY, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 1:12-cv-02515<br><br>Hon. Virginia M. Kendall |

**PLAINTIFF'S MOTION FOR APPROVAL OF
ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**

Pursuant to Federal Rule of Civil Procedure 23(h), Plaintiff Jack Haught ("Plaintiff") respectfully requests that the Court enter an Order approving Plaintiff's request for an award of reasonable attorneys' fees and expenses to Class Counsel and an incentive award for his role as Class Representative in connection with the Parties' proposed class action Settlement of this matter. Plaintiff's motion is based up on his Notice of Motion (Dkt. 80), the Memorandum of Points and Authorities (and the exhibits attached thereto) in support of the motion (Dkt. 79), and the record in this matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith.

WHEREFORE, Plaintiff Jack Haught, individually and on behalf of the Class, respectfully requests that the Court enter an Order (1) approving an award of $350,000 in attorneys' fees and expenses to Class Counsel, (2) approving an incentive award of $2,000 to Plaintiff as Class Representative in recognition of his efforts on behalf of the Class, and (3) providing such other and further relief as the Court deems reasonable and just.

                                            Respectfully submitted,

                                            **JACK HAUGHT,** individually and on behalf of a class of similarly situated individuals,

Dated: October 10, 2014                 By:  /s/ Benjamin H. Richman
                                                  One of Plaintiff's Attorneys

                                            Jay Edelson
                                            jedelson@edelson.com
                                            Rafey S. Balabanian
                                            rbalabanian@edelson.com
                                            Benjamin H. Richman
                                            brichman@edelson.com
                                            Christopher L. Dore
                                            cdore@edelson.com
                                            EDELSON PC
                                            350 North LaSalle Street, Suite 1300
                                            Chicago, Illinois 60654
                                            Tel: 312.589.6370
                                            Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

  I, Benjamin H. Richman, an attorney, certify that on October 10, 2014, I served the above and foregoing ***Plaintiff's Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award*** by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system.

                /s/ Benjamin H. Richman