# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JACK HAUGHT, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Case No. 1:12-cv-02515 |
| v. | Hon. Virginia M. Kendall |
| MOTOROLA MOBILITY, INC., a Delaware corporation, | |
| *Defendant.* | |

## PLAINTIFF HAUGHT'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Jack Haught ("Plaintiff"), respectfully requests that the Court enter an Order granting final approval to the Parties' proposed class action settlement. Plaintiff's motion is based up on his Notice of Motion, the Memorandum of Points and Authorities (and the exhibits attached thereto) in support of the motion, and the record in this matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith at the Final Fairness Hearing.

WHEREFORE, Plaintiff Jack Haught, individually and on behalf of the Settlement Class, respectfully requests that the Court enter an Order (1) granting final approval to the Parties' class action settlement, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**JACK HAUGHT,** individually and on behalf of a class of similarly situated individuals,

Dated: October 31, 2014

By: /s/ Benjamin H. Richman
One of Plaintiff's Attorneys

1

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Christopher L. Dore
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

# **CERTIFICATE OF SERVICE**

      I, Benjamin H. Richman, an attorney, certify that on October 31, 2014, I served the above and foregoing ***Plaintiff Haught's Motion for Final Approval of Class Action Settlement*** by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 31st day of October 2014.

                                                    /s/ Benjamin H. Richman