# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JACK HAUGHT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MOTOROLA MOBILITY, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 1:12-cv-02515<br><br>Honorable Virginia M. Kendall |

## NOTICE OF MOTION

TO:   See attached certificate of service.

    **PLEASE TAKE NOTICE** that on November 20, 2014 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in Courtroom 2319 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present ***Plaintiff Haught's Motion for Final Approval of Class Action Settlement***, a true and accurate copy of which is attached and hereby served on you.

*    *    *

|   |   |
|---|---|
|   | **JACK HAUGHT**, individually and on behalf of all others similarly situated, |
| Dated: October 31, 2014 | By: /s/ Benjamin H. Richman<br>      One of Plaintiff's Attorneys |

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Christopher L. Dore
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60604
Tel: 312.589.6370
Fax: 312.589.6378

# CERTIFICATE OF SERVICE

  I, Benjamin H. Richman, an attorney, hereby certify that on October 31, 2014, I served the above and foregoing ***Notice of Motion***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 31st day of October 2014.

                 /s/ Benjamin H. Richman