## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Jack Haught

                        Plaintiff,

v.                                           Case No.: 1:12−cv−02515
                                           Honorable Virginia M. Kendall

Motorola Mobility, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 20, 2014:

        MINUTE entry before the Honorable Virginia M. Kendall: MOTION by Plaintiff Jack Haught for settlement – *Plaintiff Haught's Motion for Final Approval of Class Action Settlement*[83] is granted. MOTION by Plaintiff Jack Haught for attorney fees [81] is granted. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.